IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**SHERRY PEARSON**                                                                                    **PLAINTIFF**

**V.**                                        **1:04CV859LG-RHW**

**REGIS CORPORATION**                                                  **DEFENDANT**

## JUDGMENT

This matter having come on to be heard on this date upon the Proposed Findings of Fact and Recommendation of the United States Magistrate Judge entered in this cause on February 13, 2006, and the Court, after a full review of the record, having adopted said Proposed Findings of Fact and Recommendation as the finding of this Court, finds that this matter should be dismissed without prejudice.

**The plaintiff is hereby notified that, pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure, she has the right to appeal this Order to the United States Court of Appeals for the Fifth Circuit within thirty (30) days of the entry of final judgment in this matter.**

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Plaintiff's complaint should be and is hereby **DISMISSED** without prejudice pursuant to FED. R. CIV. P. 41(b).

**SO ORDERED AND ADJUDGED** this the 6th day of March, 2006.

                                                 s/ *Louis Guirola, Jr.*
                                                 LOUIS GUIROLA, JR.
                                                 UNITED STATES DISTRICT JUDGE